IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALEXCIA WEBSTER                                                                         PLAINTIFF

v.                                        Case No. 3:12CV00278 JTK

CAROLYN COLVIN, Commissioner
Social Security Administration                                                          DEFENDANT

## ORDER OF DISMISSAL

On February 12, 2012, Plaintiff's counsel filed a motion to withdraw. The Court granted the motion and ordered Plaintiff to inform the court whether she had obtained new counsel, wished to proceed pro se, or desired appointment of counsel. Notice of this directive was not returned to the Court, and Plaintiff has failed to respond. Therefore, pursuant to Local Rule 5.5, the case is dismissed without prejudice.

SO ORDERED this 8th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE