IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALEXCIA WEBSTER                                                                PLAINTIFF

v.                                    Case No. 3:12CV00278 JTK

CAROLYN COLVIN, Commissioner
Social Security Administration                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE

SO ORDERED this 8th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE